The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SI YONG KIM,<br><br>Defendant. | NO. CR23-141 JLR<br><br>ORDER AUTHORIZING CLERK OF THE COURT TO DISBURSE FUNDS |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Authorize the Clerk of the Court to Disburse Funds.

After reviewing the stipulated motion, and good cause appearing, the Court enters the following ORDER:

Pursuant to Local Civil Rule 67(b) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $511,750, plus all accrued interest, to be applied to Defendant's restitution obligation included in the Criminal Judgment in this case.  Dkt. No. 21.

Order
*United States v. Kim*, CR23-141 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED: December 20th, 2023

_____
HON. JAMES L. ROBART
United States District Judge

Presented by:

*s/ Lauren Staniar*
LAUREN WATTS STANIAR
Assistant United States Attorney

*s/ Harold Malkin*
HAROLD MALKIN
Attorney for Defendant Si Yong Kim

Order
*United States v. Kim*, CR23-141 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970